**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEPHEN MONEY | ) Case No. 3:15-CV-03213-LB |
| Plaintiff, | ) |
| v. | ) **[PROPOSED]** **ORDER GRANTING ADR COMPLETION DEADLINE EXTENSION FROM MARCH 31, 2016 TO JUNE 30, 2016** |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON VISION CARE, INC., and LUXOTTICA RETAIL NORTH AMERICA INC. | ) |
| Defendants. | ) |

Upon the Joint Stipulation, the court hereby extends the ADR completion date to June 30, 2016.

**IT IS SO ORDERED.**

DATED: March  23, 2016

_____
The Honorable Laurel Beeler
Magistrate Judge, Northern District of California

[PROPOSED] ORDER
3:15-CV-03213-LB

401089.1