United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| STEPHEN MONEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>    Defendants. | Case No.  15-cv-03213-LB<br><br>ORDER OF CONDITIONAL DISMISSAL<br><br>Re:  ECF No. 67 |

Given the parties' settlement of their case, and with their agreement, the court orders that the case be dismissed without prejudice. If any party certifies to the court within **90** days (with proof of service on opposing counsel) that the agreed consideration has not been delivered, then this order will stand vacated, and this case will be restored to the calendar to be set for trial. If no certification is filed, then after 90 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: June 28, 2016

_____

LAUREL BEELER
United States Magistrate Judge

ORDER (No. 15-cv-03213-LB)